Roger K. Vehrs (SBN 073018)
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, California  93721
Telephone:   (559) 442-4211
Facsimile:   (559) 442-4127
E-mail:      rvehrs@vehrslaw.com

Attorney for Defendant, VINCENT RAY GRANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>vs.<br><br>VINCENT RAY GRANT,<br><br>            Defendant(s). | Case No.:   1:05CR00479-07 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**<br><br>DATE:   June 1, 2006<br>TIME:   12:15 p.m.<br>DEPT:   The Honorable Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the court appearance presently calendared for June 1, 2006, may be continued to a date approximately 30 days to July 17, 2006, at 10:00 a.m., if this date and time is convenient with the Court, or on the first available court date thereafter.

////

////

////

////

Page 1
**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

The reason for the requested continuance is that Defendant needs to prepare paperwork with regard to the Plea Agreement.

DATED:   June 6, 2006          /S/ ROGER K. VEHRS
                               Roger K. Vehrs, Attorneys for Defendant,
                               VINCENT RAY GRANT

DATED:   June 6, 2006          /S/ KIMBERLY A. KELLY
                               Kimberly A. Kelly, Assistant United States
                               Attorney

## **ORDER**

Upon reading the stipulation of the parties, the Court hereby orders that the matter be continued, and that the sentencing hearing as to VINCENT RAY GRANT is now scheduled for ___July 17_____, 2006, at _10:00_____ a.m. before this court.

**IT IS SO ORDERED:**

DATED:   June 5, 2006

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER

PDF created with pdfFactory trial version www.pdffactory.com