Roger K. Vehrs (SBN 073018)
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, California  93721
Telephone:   (559) 442-4211
Facsimile:   (559) 442-4127
E-mail:      rvehrs@vehrslaw.com

Attorney for Defendant, VINCENT RAY GRANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff<br><br>    vs.<br><br>VINCENT RAY GRANT,<br><br>           Defendant(s). | Case No.:   1:05CR00479-07 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**<br><br>DATE:  September 25, 2006<br>TIME:  10:00 AM<br>DEPT:  Courtroom 3<br>       Honorable Oliver W. Wanger |

**TO: HONORABLE OLIVER W. WANGER AND ALL INTERESTED PARTIES HEREIN:**

**IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the court appearance presently calendared for September 25, 2006, may be continued to a date approximately 50 days to November 20, 2006, at 10:00 a.m., if this date and time is convenient with the Court, or on the first available court date thereafter.**

////

////

////

////

**Page 1**
**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

The reason for the requested continuance is that Defendant is working out some issues and we believe this continuance to be beneficial to all parties involved.

DATED:     August 18, 2006            /S/ ROGER K. VEHRS
                                      Roger K. Vehrs, Attorneys for Defendant,
                                      VINCENT RAY GRANT

DATED:     August 18, 2006            /S/ KIMBERLY A. SANCHEZ (as
                                      authorized on August 18, 2006
                                      Kimberly A. Sanchez, Assistant United States
                                      Attorney

## ORDER

Upon reading the stipulation of the parties, the Court hereby orders that the matter be continued, and that the sentencing hearing as to VINCENT RAY GRANT is now scheduled for ____November 20_, 2006, at _9:00_____ a.m. before this court.

IT IS SO ORDERED:

DATED:    August 31, 2006

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
JUDGE OF THE U.S. DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com