Roger K. Vehrs (SBN 073018)
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, California  93721
Telephone:   (559) 442-4211
Facsimile:   (559) 442-4127
E-mail:   rvehrs@vehrslaw.com

Attorney for Defendant, VINCENT RAY GRANT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff<br><br>vs.<br><br>VINCENT RAY GRANT,<br><br>               Defendant(s). | Case No.:   1:05CR00479-07 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**<br><br>DATE:   November 20, 2006<br>TIME:   10:00 AM<br>DEPT:   Courtroom 3<br>Honorable Oliver W. Wanger |

**TO:  HONORABLE OLIVER W. WANGER AND ALL INTERESTED PARTIES HEREIN:**

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, that the court appearance presently calendared for November 20, 2006, may be continued to a date approximately 50 days to January 8, 2007, at 10:00 a.m., if this date and time is convenient with the Court, or on the first available court date thereafter.

////

////

////

////

PDF created with pdfFactory trial version www.pdffactory.com

The reason for the requested continuance is that Defendant is working out some issues and we believe this continuance to be beneficial to all parties involved.

DATED: October 24, 2006        /s/ Roger K. Vehrs
                               **Roger K. Vehrs, Attorneys for Defendant,**
                               **VINCENT RAY GRANT**

DATED: October 31, 2006        /s/ Kimberly A. Sanchez
                               **Kimberly A. Sanchez, Assistant United States Attorney**

## ORDER

Upon reading the stipulation of the parties, the Court hereby orders that the matter be continued, and that the sentencing hearing as to VINCENT RAY GRANT is now scheduled for January 8, 2007, at 10:00 a.m. before this court.

**IT IS SO ORDERED:**

DATED: November 9, 2006

                               /s/ OLIVER W. WANGER
                               **HONORABLE OLIVER W. WANGER**
                               **JUDGE OF THE U.S. DISTRICT COURT**

PDF created with pdfFactory trial version www.pdffactory.com