Roger K. Vehrs (SBN 073018)
Attorney at Law
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone:  (559) 442-4211
Facsimile:  (559) 442-4127
E-mail:  rvehrs@vehrslaw.com

Attorney for Defendant, VINCENT RAY GRANT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff<br><br>     vs.<br><br>VINCENT RAY GRANT,<br><br>          Defendant(s). | Case No.:   1:05CR00479-07 OWW<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON**<br><br>DATE:  January 8,, 2007<br>TIME:  10:00 AM<br>DEPT:  Courtroom 3<br>          Honorable Oliver W. Wanger |

TO:  HONORABLE OLIVER W. WANGER AND ALL INTERESTED PARTIES HEREIN:

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the court appearance presently calendared for January 8, 2007, may be continued to a date approximately 50 days to April 9, 2007, at 10:00 a.m., if this date and time is convenient with the Court, or on the first available court date thereafter.

////

////

////

////

PDF created with pdfFactory trial version www.pdffactory.com

The reason for the requested continuance is that Defendant is working out some issues and we believe this continuance to be beneficial to all parties involved.

DATED: December 12, 2006          /s/ Roger K. Vehrs _____
                                  **Roger K. Vehrs, Attorneys for Defendant,
                                  VINCENT RAY GRANT**

DATED: December 12, 2006          /s/ **Kimberly A. Sanchez** (authorized on 12-13-06)
                                  **Kimberly A. Sanchez, Assistant United States Attorney**

## ORDER

Upon reading the stipulation of the parties, the Court hereby orders that the matter be continued, and that the sentencing hearing as to VINCENT RAY GRANT is now scheduled for April 9, 2007, at 10:00 a.m. before this court.

**IT IS SO ORDERED:**

DATED:  12/19/06                  /s/ Oliver W. Wanger
                                  _____
                                  **HONORABLE OLIVER W. WANGER
                                  JUDGE OF THE U.S. DISTRICT COURT**